IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00342-GCM

EKOKO K. AVOKI
FRANCISCO K. AVOKI,

Plaintiff,

v.

XXX-DOES AND UNKNOWN
FREDDIE MAC
AMERISAVE MORTGAGE,

Defendant.

**ORDER**

This matter is before the court upon Defendants Amerisave Mortgage and Freddie Mac's Motion to Dismiss pursuant to Rules 4, 5, 8, 9, 11, 12, and 23 of the Federal Rules of Civil Procedure. A Roseboro notice was entered on July 24, 2023, directing Plaintiffs to respond no later than August 7. No response has been filed. Upon review of Defendants' Motion, it appears that Plaintiffs' case must be dismissed for the reasons stated in the Memorandum of Law in Support of Defendants Amerisave Mortgage and Freddie Mac's Motion to Dismiss.

IT IS THEREFORE ORDERED that the Motion to Dismiss is hereby GRANTED.

Signed: September 13, 2023

Graham C. Mullen
United States District Judge