# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| 3:Ekoko K. Avoki<br>Francisco K. Avoki**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00342-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| XXX-Does and Unknown<br>Freddie Mac<br>AMERISAVE Mortgage**,**<br>Defendant(s). | )<br>)<br>)<br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2023 Order.

September 13, 2023

Katherine Hord Simon, Clerk
United States District Court